# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:13-cr-00028-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOHN ALFRED DRIVER.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 12].

Upon review of the Government's motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 12] is **GRANTED**, and the Bill of Indictment filed in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 21, 2014

Martin Reidinger
United States District Judge